UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

In Re:                                              Case No. 17-21942-CMB

Andrew E. Stewart                                   Chapter 13
Amanda D. Stewart

Debtors.                                            Judge Carlota M. Bohm

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

Home Point Financial Corporation ("Creditor"), by and through their undersigned agent, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number                        3-1
Last 4 Digits of Account Number:    0920

Current Address for Notices:
   Home Point Financial Corporation
   11511 Luna Road, Suite 300
   Farmers Branch, TX 75234

Phone:
Email:

NEW Address for Notices (Effective Immediately):
   Home Point Financial Corporation
   11511 Luna Road, Suite 300
   Farmers Branch, TX 75234

Phone:
Email:

Current Address for Payments:
   Home Point Financial Corporation
   PO Box 790309
   St. Louis, MO 63179

Phone:
Email:

NEW Address for Payments (Effective Immediately):
   Home Point Financial Corporation
   11511 Luna Road, Suite 300
   Farmers Branch, TX 75234

Phone:
Email:

Respectfully Submitted

D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

PITTSBURGH
U.S. BANKRUPTCY COURT
CLERK
2020 JAN 10 A 10:46
RECEIVED